IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HEATH W. BRILEY, | ) | CASE NO. 7:12CV00383 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| WARDEN HOLLOWAY, ET AL., | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant(s). | ) | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 05 2012

JULIA C. DUDLEY, CLERK
BY: /s/ B. Weeks
DEPUTY CLERK

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to compel officials to send copies of his grievances (ECF No. 4) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 5th day of October, 2012.

/s/ James C. Turk
Senior United States District Judge